JS-6

# UNITED STATE DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE L. SOLORZANO, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> NATIONAL CREDIT ADJUSTERS, LLC <br><br> **Defendant.** | **Case no. 2:12-cv-05659-GAF-SH** <br><br> **ORDER GRANTING DISMISSAL** |

  The Court has reviewed the Joint Stipulation of the parties to dismiss the individual action of Plaintiff JOSE L. SOLORZANO, with prejudice, and to dismiss without prejudice the class action claims asserted in the lawsuit pursuant to FRCP 41(a)(1)(A)(ii).  Pursuant to the Joint Stipulation, the Court orders as follows:

  1. That the individual action of Plaintiff JOSE L. SOLORZANO is hereby dismissed with prejudice, and the class action claims asserted therein are dismissed without prejudice pursuant to FRCP 41(a)(1)(A)(ii).

07195.00:187945

1    Each party shall bear its/his/their own costs and expenses.

2    **IT IS SO ORDERED:**

4    DATED: October 13, 2012                    _____

5                                               UNITED STATES DISTRICT COURT JUDGE

07195.00:187945